| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:09-cr-0093-LJM-DKL-1 |
| ) | |
| LARUE HENRY PURRY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that LaRue Henry Purry=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 8 months in the custody of the Attorney General. Upon Mr. Purry=s release from confinement, he will not be subject to supervised release.

SO ORDERED this 7th day of May, 2013.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Cynthia Ridgeway
Assistant U. S. Attorney
cynthia.ridgeway@usdoj.gov

Gwen Beitz
Office of Indiana Federal Community Defender
gwendolyn_beitz@fd.org

U. S. Parole and Probation

U. S. Marshal